### DAVIS v. STATE. (No. 10814.)

(Court of Criminal Appeals of Texas. March 2, 1927.)

Criminal law ⚖══1090(1)—Record without statement of facts or bills of exception presents nothing for review.

In absence of statement of facts in record or bills of exception, record presents nothing for review.

Appeal from District Court, Taylor County; W. R. Ely, Judge.

T. G. Davis was convicted of possessing intoxicating liquor for the purpose of sale, and he appeals. Affirmed.

W. E. Martin, of Abilene, for appellant.
Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for possession of intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

We find no statement of facts in the record and no bills of exception bringing forward complaint of matters occurring during the trial. In this condition of the record nothing is presented for review, and the judgment is affirmed.